Certificate Number: 20668-NJ-DE-040012086

Bankruptcy Case Number: 25-18155



20668-NJ-DE-040012086

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2025, at 6:33 o'clock PM EDT, Deidra Graves completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  August 23, 2025            By:   /s/Kathleen B Mills

                                  Name: Kathleen B Mills

                                  Title: TEN Financial Educator