```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
FILE NO.: 9095
Tamika N. Wyche, Esquire,
Law Offices of David Paul Daniels, LLC
2985 Yorkship Square, Suite 1A
CAMDEN, NEW JERSEY 08104
(856) 338-0411
TW 006502006
```

**Order Filed on August 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: DEIDRA GRAVES

Case No.: 25-18155

Adv. No.:

Hearing Date: August 26, 2025

Judge: JERROLD N. POSLUSNY, JR.

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 28, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: DEIDRA GRAVES

Case No: 25-18155 JNP

Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY
_____

    THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, Deidra Graves, on Motion to Extend the Automatic Stay; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown; it is

    ORDERED that the Automatic Stay is Extended until the completion of the case, or Further Order from the Court pursuant to 11 U.S.C. 362(c)(3)(B).