| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**FILE NO.: 9095**<br>**Tamika N. Wyche, Esquire,**<br>**Law Offices of David Paul Daniels, LLC**<br>**2985 Yorkship Square, Suite 1A**<br>**CAMDEN, NEW JERSEY 08104**<br>**(856) 338-0411**<br>**TW 006502006** | Order Filed on August 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: DEIDRA GRAVES | Case No.: 25-18155<br>Adv. No.:<br>Hearing Date: August 26, 2025<br>Judge: JERROLD N. POSLUSNY, JR. |

### ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 28, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: DEIDRA GRAVES

Case No: 25-18155 JNP

Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY
-------------------------------------------------------------------------------

   THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, Deidra Graves, on Motion to Extend the Automatic Stay; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown; it is

   ORDERED that the Automatic Stay is Extended until the completion of the case,or Further Order from the Court pursuant to 11 U.S.C. 362(c)(3)(B).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-18155-JNP |
| Deidra Graves | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deidra Graves, 122 Greenvale Road, Cherry Hill, NJ 08034-1706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-17 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Tamika Nicole Wyche | on behalf of Debtor Deidra Graves daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4