Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–18155–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Deidra Graves
fka Deidra D. Graves, fka Deidra Dorothia
Graves
122 Greenvale Road
Cherry Hill, NJ 08034

Social Security No.:
xxx–xx–2289

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            February 20, 2026
Time:                  10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*25* – Certification In Objection to (related document:24 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 01/20/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Tamika Nicole Wyche on behalf of Deidra Graves. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: January 7, 2026
JAN: kvr

Jeanne Naughton
Clerk