Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 25-18155 (JNP)

Deidra Graves  
122 Greenvale Road  
Cherry Hill, NJ  08034

Monthly Payment: $2,711.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/09/2025 | $2,630.00 | 12/12/2025 | $2,707.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DEIDRA GRAVES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,463.00 | $2,367.00 | $2,096.00 | $0.00 |
| 1 | CAMDEN COUNTY MUA | 24 | $201.40 | $0.00 | $201.40 | $0.00 |
| 3 | CAREPAYMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CCS COLLECTIONS 60357 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $376.05 | $0.00 | $376.05 | $0.00 |
| 6 | JEFFERSON HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON HEALTH SYSTEM/POC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | KML LAW GROUP, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUALITY ASSET RECOVERY LLC (QAR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $137,909.77 | $0.00 | $137,909.77 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | VERIZON/POC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | VIRTUA HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE, N.A. | 33 | $165.00 | $0.00 | $165.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $29.49 | $0.00 | $29.49 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2025 | 1.00 | $0.00 |
| 10/01/2025 | Paid to Date | $2,630.00 |
| 11/01/2025 | 58.00 | $2,711.00 |
| 09/01/2030 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,337.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,436.30 |
| Arrearages: | $2,715.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**