UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon, et al.

In Re:

 Deidra Graves,

 Debtor.

Case No.:        25-18155-JNP

Chapter:               13

Hearing Date:      03/03/2026

Judge:            Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒  Settled          ☐  Withdrawn

Matter:  Motion for Relief re:  122 Greenvale Road (Docket # 29)

Date: 03/02/2026                           /s/ Denise Carlon
                                            Signature

*rev.8/1/15*