UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Tamika N. Wyche, Esquire
Law Offices of David Paul Daniels, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW 006502006

**Order Filed on May 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DEIDRA GRAVES

Case No.: _____25-18155_____

Chapter: _____13_____

Judge: _____JNP_____

## ORDER AUTHORIZING RETENTION OF

_____Brittany Christinzio_____

The relief set forth on the following page is **ORDERED**.

**DATED: May 15, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Brittany Christinzio_____

as _____realtor_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is:    Opus Elite Real Estate

16 S. State St.

Newtown, PA 18940

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
13 case. Payment to the professional may only be made after satisfactory completion of
services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2