Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−18155−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Deidra Graves
fka Deidra D. Graves, fka Deidra Dorothia Graves
122 Greenvale Road
Cherry Hill, NJ 08034

Social Security No.:
xxx−xx−2289

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on November 6, 2025.

On 9/9/2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: October 21, 2026
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 9, 2026
JAN: dmb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Deidra Graves
Debtor

Case No. 25-18155-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin 
Date Rcvd: Sep 09, 2026 Form ID: 185 Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deidra Graves, 122 Greenvale Road, Cherry Hill, NJ 08034-1706 |
| r | + | Brittany Christinzio, Opus Elite Real Estate, 16 S. State St, Newtown, PA 18940-1963 |
| 520767045 | + | Ccs Collections 60357, 725 Canton Street, Newton, MA 02062-2609 |
| 520767048 | + | Jefferson Health System/POC, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2026 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2026 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520767044 | | Email/Text: Donna@ccmua.org | Sep 09 2026 21:33:00 | CCMUA, 1645 Ferry Avenue, Camden, NJ 08104 |
| 520767042 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2026 21:36:54 | Capital One Bank, NA HQ, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 520775931 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2026 21:47:25 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520767043 | + | Email/Text: ebn@carepayment.com | Sep 09 2026 21:33:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 520767046 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 21:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520767047 | ^ | MEBN | Sep 09 2026 21:33:31 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 520767049 | ^ | MEBN | Sep 09 2026 21:32:06 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520767050 | ^ | MEBN | Sep 09 2026 21:32:00 | Quality Asset Recovery LLC (QAR), PO Box 239, Gibbsboro, NJ 08026-0239 |
| 520767051 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2026 21:33:00 | Select Portfolio Servicing, Inc./POC, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520844130 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2026 21:33:00 | The Bank of New York Mellon at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520767052 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2026 21:47:33 | Verizon/POC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520767053 | ^ | MEBN | Sep 09 2026 21:33:00 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Tamika Nicole Wyche | on behalf of Debtor Deidra Graves admin@wychelawgroup.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-17 vaprile@raslg.com |

TOTAL: 6