FILE NO. 9095
TAMIKA N. WYCHE, ESQUIRE
WYCHE LAW GROUP, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW 006502006

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: DEIDRA GRAVES | : BANKRUPTCY NO. 25-18155-JNP |
| Debtor(s), | : CHAPTER 13 |
| | : STIPULATION OF WITHDRAWAL OF MODIFIED CHAPTER 13 PLAN |

DEBTOR HEREBY withdraws the Modified Chapter 13 Plan filed under docket number 43.

DATED: October 2, 2026 Respectfully submitted,

BY:/s/ Tamika N. Wyche
TAMIKA N. WYCHE, ESQUIRE